```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
O'NEIL GOMEZ
                                                                    NOTICE OF MOTION
                        Plaintiff,
                                                                    13 CV 1822 (VSB) (RLE)
        -against-

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, POLICE OFFICER
MIQUEL RIVERA INDIVIDUALLY AND AS A
POLICE OFFICER FOR THE CITY OF NEW
YORK, AND OTHER UNKNOWN LAW
ENFORCEMENT AGENTS FOR THE CITY OF
NEW YORK,

                        Defendants.
------------------------------------------------------------X
```

**PLEASE TAKE NOTICE**, that, upon the annexed Declaration of Afsaan Saleem, dated October 15, 2015, and the accompanying Memorandum of Law, dated October 15, 2015, plaintiff will move this Court on a date to be determined by the Court, before the Honorable Ronald L. Ellis, United States Magistrate Judge, at the United States Courthouse, located at 500 Pearl Street, New York, New York 10007, for an order, permitting plaintiff to amend his complaint to replace the names of the Unknown Law Enforcement Agents for the City of New York with the real names of defendants, together with costs, attorneys' fees, and such other and further relief as the Court deems just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE**, that opposition papers, if any, are to be served upon the undersigned on or before October 29, 2015.

**PLEASE TAKE FURTHER NOTICE**, that reply papers, if any, will be served on or before November 5, 2015.

Dated:	Brooklyn, New York
	October 15, 2015

_____/s/_____

AFSAAN SALEEM, Esq.

THE RAMEAU LAW FIRM
Attorney for Plaintiff
16 Court Street, Suite 2504
Brooklyn, New York 11241
(718) 852-4759
saleemlawny@gmail.com