UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

O'NEIL GOMEZ,

                      Plaintiff,

           - against -

THE CITY OF NEW YORK,

                      Defendant.

ORDER

13-CV-1822 (VSB) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/16

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter dated July 14, 2016, to compel discovery responses from Plaintiff. Defendants argue that Plaintiff has failed to comply with three court orders that he cure deficencies in discovery production. (Doc. No. 76.) Plaintiff has not responded.

**IT IS HEREBY ORDERED THAT** Plaintiff's counsel show good cause why: (1) he should not be sanctioned for his repeated failure to cure discovery deficiencies, and (2) the case should not be dismissed for failure to prosecute. Plaintiff must submit a sworn declaration and any other relevant evidence by **August 1, 2016**. Defendants must submit a responding declaration and supporting evidence by **August 8, 2016**.

SO ORDERED this 26th day of July 2016.
New York, New York

                                                  The Honorable Ronald L. Ellis
                                                  United States Magistrate Judge