```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
O'NEIL GOMEZ,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :            13-CV-1822 (VSB)
                -v-                                         :
                                                            :                 ORDER
THE CITY OF NEW YORK, et al.,                               :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2017

VERNON S. BRODERICK, United States District Judge:

      Before is Magistrate Judge Ellis's January 4, 2017 Report and Recommendation, which recommends granting the City's motion to dismiss for failure to prosecute. (Doc. 87.) Having received no objection, and after reviewing the Report for clear error and finding none, I hereby ADOPT the Report and Recommendation in its entirety. The City's motion to dismiss, (Doc. 80), is GRANTED and the case is DISMISSED with prejudice. Plaintiff's counsel is directed to serve a copy of this order on Mr. Gomez by March 31, 2017.

      The Clerk's Office is respectfully directed to enter judgment and close the case.

SO ORDERED.

Dated: March 20, 2017
       New York, New York

                                                                            Vernon S. Broderick
                                                                            United States District Judge